# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| THEODORE TINSLEY, | : | |
| --- | --- | --- |
| Petitioner, | : | CRIMINAL NO. 03-798 |
| v. | : | |
| | : | CIVIL NO. 08-313 |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

## ORDER

**AND NOW**, this ___ of December, 2009, upon consideration of Petitioner's Motion to Vacate/Set Aside/Correct Sentence (Doc. 78), the Government's Response (Doc. 83), and Petitioner's Reply thereto (Doc. 85), **IT IS HEREBY ORDERED AND DECREED** that Petitioner's Motion is **DENIED**.

**IT IS FURTHER ORDERED** that no certificate of appealability shall be issued.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark this case as **CLOSED** for statistical purposes.

BY THE COURT:
/s/ Petrese B. Tucker

_____

**Hon. Petrese B. Tucker, U.S.D.J.**